UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JULENE GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and G.C.I. AND NAMED SUBSIDIARIES GROUP DISABILITY INCOME INSURANCE PLAN,<br><br>    Defendant. | Case No. EDCV13-00760 JAK (SPx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES  JS-6** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties, including the G.C.I and Named Subsidiaries Group Disability Income Insurance Plan, previously dismissed without prejudice. The parties are to bear their own respective attorneys' fee and costs.

DATED: December 12, 2013  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4822-4599-6822 v1                - 1 -                CASE NO. EDCV13-00760 JAK (SPX)
ORDER RE STIP. FOR DISMAL W/PREJ. OF ENTIRE
ACTION AGAINST ALL PARTIES